# Exhibit 2

Charted claim:
Method claim: 1

| US8098153B2 | Alarm.com home security system ("The accused system") |
|---|---|
| 1. A method of providing emergency response to a user carrying a user device (**32**), said method comprising the steps of: | The accused system discloses a method (e.g., Alarm.com smart signal) of providing emergency response (e.g., emergency service) to a user (e.g., user of the accused system) carrying a user device (e.g., user mobile device with alarm.com app installed).<br><br>As shown, the accused system is connected to an alarm.com app for controlling and monitoring of the smart home devices. The alarm.com app includes an emergency button for triggering an alarm. The accused system includes smart signal feature that works such that when an alarm is triggered by pressing the emergency button, the alarm.com monitoring centers will be notified, and emergency contacts will be contacted based on the priority order listed by the user.<br><br><br><br>https://alarm.com/home-security |

**Always-on protection:** Your system connects everything in your home to keep you safe and secure, 24/7.

**Professionally monitored:** In emergencies, your monitoring service alerts your local police, fire or EMS.

**Fire and carbon monoxide:** Connected smoke and CO detectors alert you and your monitoring service too.

https://alarm.com/home-security



## Simplify your routine

Securing your house for the night can be a pain. With Scenes, it's easy. Just tap your Alarm.com app once to arm your security system, lock your doors and adjust your lights.

SIMPLIFY IT WITH SCENES  →

https://alarm.com/home-security



https://alarm.com/home-security

As part of an effort to provide faster emergency response and also reduce false alarms, Alarm.com on Sunday unveiled Smart Signal, a new emergency signaling feature within the company's app that enables subscribers to communicate critical information directly to their monitoring station.

Using the Alarm.com app, property owners can now trigger a panic alert notifying their monitoring station that they need help at their home or business. They can also verify an alarm event to expedite emergency response, or cancel a false alarm from anywhere.

https://www.securityinfowatch.com/alarms-monitoring/alarm-systems-intrusion-detection/alarm-system-mobile-apps/news/21040000/alarmcom-debuts-smart-signal-emergency-signaling-feature

Subscribers can signal their monitoring station directly from the Alarm.com mobile app to enable faster emergency response and reduce false alarms

TYSONS, Va. and LAS VEGAS, Jan. 06, 2019 (GLOBE NEWSWIRE) -- Alarm.com (Nasdaq: ALRM), the leading platform for the intelligently connected property has introduced Smart Signal, a mobile app emergency signaling feature that enables property owners to communicate critical information directly to their monitoring station. Using their Alarm.com mobile app, property owners can now trigger a panic alert notifying security professionals that they need help at their home or business. They can also verify an alarm event to expedite emergency response, or cancel a false alarm from anywhere. Monitoring stations are using this real-time information to dispatch police, fire or emergency medical services to properties faster, respond to a wider range of emergencies, and reduce false alarms.

https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx

"Professional monitoring is fundamental to a security system," said Dan Kerzner, Alarm.com's Chief Product Officer. "Smart Signal is the latest way in which the Alarm.com platform extends that value so subscribers can quickly and easily activate assistance from their monitoring station during a wide range of life safety emergencies."

**Smart Signal Features: Verify, Cancel, and Panic**

Smart Signal enables subscribers to send critical emergency information to their monitoring station using their Alarm.com mobile app.

During an alarm event, the Alarm.com mobile app now displays two persistent buttons that enable property owners to either verify or cancel the alarm.

Holding the Alarm Verify button quickly confirms the emergency, enabling the monitoring station to expedite their response. Holding the Alarm Cancel button signals to the monitoring station that it's a false alarm. The buttons remain "pinned" to the top of the app as the subscriber scrolls downward, enabling them to review their video feeds or image sensor pictures before responding.

Smart Signal also includes In-App Panel Panic. By selecting and holding the Panel Panic button in the Alarm.com app, subscribers can send a panic signal to their monitoring station from the security panel, which ties the signal to their property location. A Silent Panic option is available for every security panel integrated into the Alarm.com platform. Audible Panic (which also triggers the panel's siren), as well as Fire, Police and Medical panic options are available depending on the security panel type.

https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx

When your system reports an alarm, the following happens:

1. Your control panel transmits an alarm signal to Alarm.com.
2. Alarm.com immediately forwards the signal to the monitoring station.
3. The monitoring station then tries to verify the alarm and may notify fire, police, or emergency medical help. Because your system communicates wirelessly, alarms are forwarded to the monitoring station even if the phone line is cut or damaged.
4. If your system issues an alarm, the Operations Center will follow the Alarm Notification sequence defined for any Alarm Notifications (these updates are not synchronized with the monitoring station call list). At the same time, a live operator from your monitoring station will be trying to contact you to verify the alarm.

https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/What_happens_when_my_system_reports_an_alarm



A monitoring station, also known as an alarm monitoring center, central station, or central monitoring station, takes the signals forwarded from Alarm.com and dispatches those signals to the proper authorities. The monitoring station provides services to monitor burglar, fire, and residential alarm systems.

https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/Manage_central_station_monitoring_settings

To change the emergency contact information using the Alarm.com app:

Note: Up to three emergency contacts can be attached to an account by default. To add more than three emergency contacts, contact your service provider.

1. Log into the Alarm.com app.
2. Tap ≡.
3. Tap **Monitoring Settings**.
4. Tap **Emergency Contacts.**
5. In *Emergency Contacts*, tap **Add Contact**.
6. Tap either of the following to add contacts:
   - **Add Manually** to create a contact from scratch.
   - **Add from Contacts** to automatically add a contact from the device address book.
7. Tap **Sort** to arrange the contact list priority as desired.

Priority Order

Important: The monitoring station contacts the attached numbers in the order they appear in the list.

8. Tap and drag ≡ for each contact to rearrange the list.

https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/Change_the_monitoring_station_emergency_contact_information



https://www.youtube.com/watch?v=uVTHdeAwpCw

| establishing a monitoring database (**34**) including an identification for a user device (**32**); | The accused system discloses establishing a monitoring database (e.g., Alarm.com monitoring server) including an identification (e.g., identification information such as device name, device ID, IP address, device location, etc.) for a user device (e.g., user mobile device with alarm.com app installed). <br><br> As shown, the accused system is connected to an alarm.com app for controlling and monitoring of the smart home devices. When the user installs alarm.com app on his mobile device, alarm.com automatically collects identification information related to user mobile device such as device name, device ID, IP address, device location, etc. and stores it at the monitoring server for providing emergency services. |
| --- | --- |



## Simplify your routine

Securing your house for the night can be a pain. With Scenes, it's easy. Just tap your Alarm.com app once to arm your security system, lock your doors and adjust your lights.

SIMPLIFY IT WITH SCENES →

https://alarm.com/home-security

**When Personal Information is Collected Through Your Use of the User Interfaces or Services**

When you use the User Interfaces or Services, Personal Information may be collected by automated means, such as through cookies and analytics on the User Interfaces. It may also be created and collected through your use of the Services, such as event history, device usage and saved video clips. We receive this Personal Information from the devices on your account, such as security sensors, thermostats and video cameras, and your computer, mobile phone or other electronic devices through which you may access, browse, download, receive, or otherwise use the Alarm.com User Interfaces or Services (each a **"Personal Device"**). We may also receive and process such Personal Information from third parties.

https://www.alarm.com/legal/privacy_policy.aspx

**Location-based Information**

Some features of our Services, such as location-activated arming reminders, thermostat adjustments, and other location-based Services through your Personal Devices (collectively, "**GeoServices**"), use location information. When you subscribe to the GeoServices and enable location-based features, we will automatically collect and store location information provided by your Personal Devices, such as mobile phones, GPS devices, or connected vehicle devices. This location information may include your current location or places you have recently visited.

https://www.alarm.com/legal/privacy_policy.aspx

**Identifiers**

When you use the User Interfaces or Services as a visitor or End-User, we may collect the following from you or other users on your account: name, home or business address, phone number, email address, home or business size, zip code, device names, and other identifying account or user information.

**Account and Device Information**

When you use the User Interfaces or Services as an End-User, we may collect the following from you or other users on your account: account creation date, home or business system configuration, features enabled, service packages, IP addresses, device IDs, account and device settings, modes, automation settings, and device usage and performance (electrical usage or consumption, heating and cooling information, light or other fixture settings, and usage and alert logs).

https://www.alarm.com/legal/privacy

| | |
|---|---|
| | **Data shared**<br>Data that may be shared with other companies or organisations<br><br>▯ **Device or other IDs**<br>Device or other IDs<br><br>Data shared and for what purpose ⓘ<br><br>**Device or other IDs**<br>Analytics<br><br>https://play.google.com/store/apps/details?id=com.alarm.alarmmobile.android&hl=en_US |
| storing in the monitoring database (**34**) a plurality of contacts to be contacted in response to the monitoring database (**34**) receiving an alert from the user device (**32**) and a plurality of contact methods; | The accused system discloses storing in the monitoring database (e.g., Alarm.com monitoring server) a plurality of contacts (e.g., plurality of emergency contacts) to be contacted in response to the monitoring database (e.g., Alarm.com monitoring server) receiving an alert (e.g., alert related to an alarm event) from the user device (e.g., user mobile device with alarm.com app installed) and a plurality of contact methods (e.g., contact methods such as calling, messaging, etc.).<br><br>As shown, the accused system is connected to an alarm.com app for controlling and monitoring of the smart home devices. The Alarm.com app includes setting up emergency contacts to be contacted in response to the alarm event triggered by pressing the emergency button on the alarm.com app. These emergency contacts are stored in the Alarm.com monitoring stations that are notified by the alarm.com app when an alarm is triggered. |



# Simplify your routine

Securing your house for the night can be a pain. With Scenes, it's easy. Just tap your Alarm.com app once to arm your security system, lock your doors and adjust your lights.

SIMPLIFY IT WITH SCENES  →

https://alarm.com/home-security



https://alarm.com/home-security

As part of an effort to provide faster emergency response and also reduce false alarms, Alarm.com on Sunday unveiled Smart Signal, a new emergency signaling feature within the company's app that enables subscribers to communicate critical information directly to their monitoring station.

Using the Alarm.com app, property owners can now trigger a panic alert notifying their monitoring station that they need help at their home or business. They can also verify an alarm event to expedite emergency response, or cancel a false alarm from anywhere.

https://www.securityinfowatch.com/alarms-monitoring/alarm-systems-intrusion-detection/alarm-system-mobile-apps/news/21040000/alarmcom-debuts-smart-signal-emergency-signaling-feature



https://www.youtube.com/watch?v=uVTHdeAwpCw



[https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/Change_the_monitoring_station_emergency_contact_information](https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/Change_the_monitoring_station_emergency_contact_information)

"Professional monitoring is fundamental to a security system," said Dan Kerzner, Alarm.com's Chief Product Officer. "Smart Signal is the latest way in which the Alarm.com platform extends that value so subscribers can quickly and easily activate assistance from their monitoring station during a wide range of life safety emergencies."

**Smart Signal Features: Verify, Cancel, and Panic**

Smart Signal enables subscribers to send critical emergency information to their monitoring station using their Alarm.com mobile app.

During an alarm event, the Alarm.com mobile app now displays two persistent buttons that enable property owners to either verify or cancel the alarm.

Holding the Alarm Verify button quickly confirms the emergency, enabling the monitoring station to expedite their response. Holding the Alarm Cancel button signals to the monitoring station that it's a false alarm. The buttons remain "pinned" to the top of the app as the subscriber scrolls downward, enabling them to review their video feeds or image sensor pictures before responding.

Smart Signal also includes In-App Panel Panic. By selecting and holding the Panel Panic button in the Alarm.com app, subscribers can send a panic signal to their monitoring station from the security panel, which ties the signal to their property location. A Silent Panic option is available for every security panel integrated into the Alarm.com platform. Audible Panic (which also triggers the panel's siren), as well as Fire, Police and Medical panic options are available depending on the security panel type.

[https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-](https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-)

| | |
|---|---|
| | Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx<br><br>Subscribers can signal their monitoring station directly from the Alarm.com mobile app to enable faster emergency response and reduce false alarms<br><br>TYSONS, Va. and LAS VEGAS, Jan. 06, 2019 (GLOBE NEWSWIRE) -- Alarm.com (Nasdaq: ALRM), the leading platform for the intelligently connected property has introduced Smart Signal, a mobile app emergency signaling feature that enables property owners to communicate critical information directly to their monitoring station. Using their Alarm.com mobile app, property owners can now trigger a panic alert notifying security professionals that they need help at their home or business. They can also verify an alarm event to expedite emergency response, or cancel a false alarm from anywhere. Monitoring stations are using this real-time information to dispatch police, fire or emergency medical services to properties faster, respond to a wider range of emergencies, and reduce false alarms.<br><br>https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx<br><br>A monitoring station, also known as an alarm monitoring center, central station, or central monitoring station, takes the signals forwarded from Alarm.com and dispatches those signals to the proper authorities. The monitoring station provides services to monitor burglar, fire, and residential alarm systems.<br><br>https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/Manage_central_station_monitoring_settings |
| arranging the contacts and contact methods in a priority order determined by the user; | The accused system discloses arranging the contacts (e.g., emergency contacts) and contact methods (e.g., contact methods such as calling, messaging, etc.) in a priority order (e.g., order in which contacts to be contacted) determined by the user (e.g., user of the accused system).<br><br>As shown, the accused system is connected to an alarm.com app for controlling and monitoring of the smart home devices. Alarm.com app includes setting up emergency contacts to be contacted in response to the alarm event triggered by pressing the emergency button on the alarm.com app. The order in which the emergency contacts are to be contacted is determined by the user. These emergency contacts are arranged in the priority order such as whom to call first, second, etc. in response to an alarm event. |



## Simplify your routine

Securing your house for the night can be a pain. With Scenes, it's easy. Just tap your Alarm.com app once to arm your security system, lock your doors and adjust your lights.

SIMPLIFY IT WITH SCENES  ⟶

https://alarm.com/home-security



https://alarm.com/home-security

"Professional monitoring is fundamental to a security system," said Dan Kerzner, Alarm.com's Chief Product Officer. "Smart Signal is the latest way in which the Alarm.com platform extends that value so subscribers can quickly and easily activate assistance from their monitoring station during a wide range of life safety emergencies."

**Smart Signal Features: Verify, Cancel, and Panic**

Smart Signal enables subscribers to send critical emergency information to their monitoring station using their Alarm.com mobile app.

During an alarm event, the Alarm.com mobile app now displays two persistent buttons that enable property owners to either verify or cancel the alarm.

Holding the Alarm Verify button quickly confirms the emergency, enabling the monitoring station to expedite their response. Holding the Alarm Cancel button signals to the monitoring station that it's a false alarm. The buttons remain "pinned" to the top of the app as the subscriber scrolls downward, enabling them to review their video feeds or image sensor pictures before responding.

Smart Signal also includes In-App Panel Panic. By selecting and holding the Panel Panic button in the Alarm.com app, subscribers can send a panic signal to their monitoring station from the security panel, which ties the signal to their property location. A Silent Panic option is available for every security panel integrated into the Alarm.com platform. Audible Panic (which also triggers the panel's siren), as well as Fire, Police and Medical panic options are available depending on the security panel type.

https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx

A monitoring station, also known as an alarm monitoring center, central station, or central monitoring station, takes the signals forwarded from Alarm.com and dispatches those signals to the proper authorities. The monitoring station provides services to monitor burglar, fire, and residential alarm systems.

https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/Manage_central_station_monitoring_settings

1. Log into the Alarm.com app.
2. Tap ☰.
3. Tap **Monitoring Settings**.
4. Tap **Emergency Contacts**.
5. In *Prior to Dispatch*, tap **Add Contact** to add contacts that will be notified before dispatch.
   a. Tap either of the following to add contacts:
      - **Add Manually** to create a contact from scratch.
      - **Add from Contacts** to automatically add a contact from the device address book.
6. In *After Dispatch*, tap **Add Contact** to add contacts that will be notified after dispatch.
   a. Tap either of the following to add contacts:
      - **Add Manually** to create a contact from scratch.
      - **Add from Contacts** to automatically add a contact from the device address book.
7. Tap **Sort** to arrange the contact list priority as desired. — arranging the contacts and contact methods in a priority order determined by the user

🚩 **Important**: The monitoring station contacts the attached numbers in the order they appear in the list.

8. Tap and drag ☰ for each contact to rearrange the list.

https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/Change_the_monitoring_station_emergency_contact_information



https://www.youtube.com/watch?v=uVTHdeAwpCw

| | |
|---|---|
| establishing an internet protocol (IP) address for the monitoring database (**34**); | The accused system discloses establishing an internet protocol (IP) address for the monitoring database (e.g., Alarm.com monitoring server).<br><br>As shown, Alarm.com monitoring server communicates with the mobile with alarm.com app installed using internet. The alarm signals are sent to the Alarm monitoring station from the alarm.com app using internet connection. |

If you want to use Alarm.com to control your security system for security or automation purposes, then your system must maintain connectivity with the Alarm.com Servers. This connectivity comes in the form of an IP (WIFI or ethernet) connection and a cellular connection. Except in very rare cases, Alarm.com requires any system connected with its servers to utilize a cellular communicator. Alarm.com knows that internet outages a a relatively common occurrence, and they want to make sure that an alarm system will stay actively monitored at all times.

https://www.alarmgrid.com/faq/can-i-use-alarm-dot-com-if-my-wifi-is-down



https://www.youtube.com/watch?v=lYQh8OaAp1E



https://alarm.com/home-security

**Account and Device Information**

When you use the User Interfaces or Services as an End-User, we may collect the following from you or other users on your account: account creation date, home or business system configuration, features enabled, service packages, IP addresses, device IDs, account and device settings, modes, automation settings, and device usage and performance (electrical usage or consumption, heating and cooling information, light or other fixture settings, and usage and alert logs).

https://www.alarm.com/legal/privacy

"Professional monitoring is fundamental to a security system," said Dan Kerzner, Alarm.com's Chief Product Officer. "Smart Signal is the latest way in which the Alarm.com platform extends that value so subscribers can quickly and easily activate assistance from their monitoring station during a wide range of life safety emergencies."

**Smart Signal Features: Verify, Cancel, and Panic**

Smart Signal enables subscribers to send critical emergency information to their monitoring station using their Alarm.com mobile app.

During an alarm event, the Alarm.com mobile app now displays two persistent buttons that enable property owners to either verify or cancel the alarm.

Holding the Alarm Verify button quickly confirms the emergency, enabling the monitoring station to expedite their response. Holding the Alarm Cancel button signals to the monitoring station that it's a false alarm. The buttons remain "pinned" to the top of the app as the subscriber scrolls downward, enabling them to review their video feeds or image sensor pictures before responding.

Smart Signal also includes In-App Panel Panic. By selecting and holding the Panel Panic button in the Alarm.com app, subscribers can send a panic signal to their monitoring station from the security panel, which ties the signal to their property location. A Silent Panic option is available for every security panel integrated into the Alarm.com platform. Audible Panic (which also triggers the panel's siren), as well as Fire, Police and Medical panic options are available depending on the security panel type.

https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx

Subscribers can signal their monitoring station directly from the Alarm.com mobile app to enable faster emergency response and reduce false alarms

TYSONS, Va. and LAS VEGAS, Jan. 06, 2019 (GLOBE NEWSWIRE) -- Alarm.com (Nasdaq: ALRM), the leading platform for the intelligently connected property has introduced Smart Signal, a mobile app emergency signaling feature that enables property owners to communicate critical information directly to their monitoring station. Using their Alarm.com mobile app, property owners can now trigger a panic alert notifying security professionals that they need help at their home or business. They can also verify an alarm event to expedite emergency response, or cancel a false alarm from anywhere. Monitoring stations are using this real-time information to dispatch police, fire or emergency medical services to properties faster, respond to a wider range of emergencies, and reduce false alarms.

https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx

A monitoring station, also known as an alarm monitoring center, central station, or central monitoring station, takes the signals forwarded from Alarm.com and dispatches those signals to the proper authorities. The monitoring station provides services to monitor burglar, fire, and residential alarm systems.

https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/Manage_central_station_monitoring_settings

An Internet Protocol address, or IP address, is a series of numbers assigned to every device connected to the internet or computer network. Computers, mobile phones, and any internet-connected device, such as smart speakers, printers, connected TVs, and home alarm systems, all have an individual IP address for identification.

IP addresses are automatically generated by an algorithm of the Internet of Assigned Numbers Authority (IANA) and assigned to the device by an internet service provider (ISP).

https://www.adjust.com/glossary/ip-address/

| | |
|---|---|
| | **What is an IP address (Internet Protocol address)?**<br><br>An Internet Protocol (IP) address is a unique numerical identifier for every device or network that connects to the internet. Typically assigned by an internet service provider (ISP), an IP address is an online device address used for communicating across the internet.<br><br>https://www.techtarget.com/whatis/definition/IP-address-Internet-Protocol-Address |
| establishing an IP address for the user device (**32**); | The accused system discloses establishing an IP address for the user device (e.g., user mobile device with alarm.com app installed).<br><br>As shown, Alarm.com app communicates with the alarm.com monitoring servers via internet. The mobile device with alarm.com app installed is connected to the internet and has an assigned IP address for the communication. |



## Simplify your routine

Securing your house for the night can be a pain. With Scenes, it's easy. Just tap your Alarm.com app once to arm your security system, lock your doors and adjust your lights.

SIMPLIFY IT WITH SCENES  $\longrightarrow$

https://alarm.com/home-security



https://alarm.com/home-security



https://www.youtube.com/watch?v=lYQh8OaAp1E

If you want to use Alarm.com to control your security system for security or automation purposes, then your system must maintain connectivity with the Alarm.com Servers. This connectivity comes in the form of an IP (WIFI or ethernet) connection and a cellular connection. Except in very rare cases, Alarm.com requires any system connected with its servers to utilize a cellular communicator. Alarm.com knows that internet outages a a relatively common occurrence, and they want to make sure that an alarm system will stay actively monitored at all times.

https://www.alarmgrid.com/faq/can-i-use-alarm-dot-com-if-my-wifi-is-down

### Account and Device Information

When you use the User Interfaces or Services as an End-User, we may collect the following from you or other users on your account: account creation date, home or business system configuration, features enabled, service packages, IP addresses, device IDs, account and device settings, modes, automation settings, and device usage and performance (electrical usage or consumption, heating and cooling information, light or other fixture settings, and usage and alert logs).

https://www.alarm.com/legal/privacy

"Professional monitoring is fundamental to a security system," said Dan Kerzner, Alarm.com's Chief Product Officer. "Smart Signal is the latest way in which the Alarm.com platform extends that value so subscribers can quickly and easily activate assistance from their monitoring station during a wide range of life safety emergencies."

**Smart Signal Features: Verify, Cancel, and Panic**

Smart Signal enables subscribers to send critical emergency information to their monitoring station using their Alarm.com mobile app.

During an alarm event, the Alarm.com mobile app now displays two persistent buttons that enable property owners to either verify or cancel the alarm.

Holding the Alarm Verify button quickly confirms the emergency, enabling the monitoring station to expedite their response. Holding the Alarm Cancel button signals to the monitoring station that it's a false alarm. The buttons remain "pinned" to the top of the app as the subscriber scrolls downward, enabling them to review their video feeds or image sensor pictures before responding.

Smart Signal also includes In-App Panel Panic. By selecting and holding the Panel Panic button in the Alarm.com app, subscribers can send a panic signal to their monitoring station from the security panel, which ties the signal to their property location. A Silent Panic option is available for every security panel integrated into the Alarm.com platform. Audible Panic (which also triggers the panel's siren), as well as Fire, Police and Medical panic options are available depending on the security panel type.

https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx

Subscribers can signal their monitoring station directly from the Alarm.com mobile app to enable faster emergency response and reduce false alarms

TYSONS, Va. and LAS VEGAS, Jan. 06, 2019 (GLOBE NEWSWIRE) -- Alarm.com (Nasdaq: ALRM), the leading platform for the intelligently connected property has introduced Smart Signal, a mobile app emergency signaling feature that enables property owners to communicate critical information directly to their monitoring station. Using their Alarm.com mobile app, property owners can now trigger a panic alert notifying security professionals that they need help at their home or business. They can also verify an alarm event to expedite emergency response, or cancel a false alarm from anywhere. Monitoring stations are using this real-time information to dispatch police, fire or emergency medical services to properties faster, respond to a wider range of emergencies, and reduce false alarms.

https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx


A monitoring station, also known as an alarm monitoring center, central station, or central monitoring station, takes the signals forwarded from Alarm.com and dispatches those signals to the proper authorities. The monitoring station provides services to monitor burglar, fire, and residential alarm systems.

https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/Manage_central_station_monitoring_settings


An Internet Protocol address, or IP address, is a series of numbers assigned to every device connected to the internet or computer network. Computers, mobile phones, and any internet-connected device, such as smart speakers, printers, connected TVs, and home alarm systems, all have an individual IP address for identification.

IP addresses are automatically generated by an algorithm of the Internet of Assigned Numbers Authority (IANA) and assigned to the device by an internet service provider (ISP).

https://www.adjust.com/glossary/ip-address/

| | |
|---|---|
| | **What is an IP address (Internet Protocol address)?**<br><br>An Internet Protocol (IP) address is a unique numerical identifier for every device or network that connects to the internet. Typically assigned by an internet service provider (ISP), an IP address is an online device address used for communicating across the internet.<br><br>https://www.techtarget.com/whatis/definition/IP-address-Internet-Protocol-Address |
| establishing communication over the Internet (**36**) between the monitoring database (**34**) and one of the user devices (**32**); | The accused system discloses establishing communication over the Internet between the monitoring database (e.g., Alarm.com monitoring server) and one of the user devices (e.g., user mobile device with alarm.com app installed).<br><br>As shown, when an alarm is triggered by pressing an emergency button on the alarm.com app, the Alarm monitoring center is notified. The alarm signals are sent to the Alarm monitoring station from the alarm.com app via the Internet. |



https://alarm.com/home-security



https://www.youtube.com/watch?v=lYQh8OaAp1E

If you want to use Alarm.com to control your security system for security or automation purposes, then your system must maintain connectivity with the Alarm.com Servers. This connectivity comes in the form of an IP (WIFI or ethernet) connection and a cellular connection. Except in very rare cases, Alarm.com requires any system connected with its servers to utilize a cellular communicator. Alarm.com knows that internet outages a a relatively common occurrence, and they want to make sure that an alarm system will stay actively monitored at all times.

https://www.alarmgrid.com/faq/can-i-use-alarm-dot-com-if-my-wifi-is-down

**Account and Device Information**

When you use the User Interfaces or Services as an End-User, we may collect the following from you or other users on your account: account creation date, home or business system configuration, features enabled, service packages, IP addresses, device IDs, account and device settings, modes, automation settings, and device usage and performance (electrical usage or consumption, heating and cooling information, light or other fixture settings, and usage and alert logs).

https://www.alarm.com/legal/privacy



https://alarm.com/home-security

"Professional monitoring is fundamental to a security system," said Dan Kerzner, Alarm.com's Chief Product Officer. "Smart Signal is the latest way in which the Alarm.com platform extends that value so subscribers can quickly and easily activate assistance from their monitoring station during a wide range of life safety emergencies."

**Smart Signal Features: Verify, Cancel, and Panic**

Smart Signal enables subscribers to send critical emergency information to their monitoring station using their Alarm.com mobile app.

During an alarm event, the Alarm.com mobile app now displays two persistent buttons that enable property owners to either verify or cancel the alarm.

Holding the Alarm Verify button quickly confirms the emergency, enabling the monitoring station to expedite their response. Holding the Alarm Cancel button signals to the monitoring station that it's a false alarm. The buttons remain "pinned" to the top of the app as the subscriber scrolls downward, enabling them to review their video feeds or image sensor pictures before responding.

Smart Signal also includes In-App Panel Panic. By selecting and holding the Panel Panic button in the Alarm.com app, subscribers can send a panic signal to their monitoring station from the security panel, which ties the signal to their property location. A Silent Panic option is available for every security panel integrated into the Alarm.com platform. Audible Panic (which also triggers the panel's siren), as well as Fire, Police and Medical panic options are available depending on the security panel type.

https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx

Subscribers can signal their monitoring station directly from the Alarm.com mobile app to enable faster emergency response and reduce false alarms

TYSONS, Va. and LAS VEGAS, Jan. 06, 2019 (GLOBE NEWSWIRE) -- Alarm.com (Nasdaq: ALRM), the leading platform for the intelligently connected property has introduced Smart Signal, a mobile app emergency signaling feature that enables property owners to communicate critical information directly to their monitoring station. Using their Alarm.com mobile app, property owners can now trigger a panic alert notifying security professionals that they need help at their home or business. They can also verify an alarm event to expedite emergency response, or cancel a false alarm from anywhere. Monitoring stations are using this real-time information to dispatch police, fire or emergency medical services to properties faster, respond to a wider range of emergencies, and reduce false alarms.

https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx

A monitoring station, also known as an alarm monitoring center, central station, or central monitoring station, takes the signals forwarded from Alarm.com and dispatches those signals to the proper authorities. The monitoring station provides services to monitor burglar, fire, and residential alarm systems.

https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/Manage_central_station_monitoring_settings

| | |
|---|---|
| transmitting an alert from the user device (**32**) to the monitoring database (**34**); | The accused system discloses transmitting an alert (e.g., alert regarding an alarm event) from the user device (e.g., user mobile device with alarm.com app installed) to the monitoring database (e.g., Alarm.com monitoring server).<br><br>As shown, the accused system is connected to an alarm.com app for controlling and monitoring of the smart home devices. The alarm.com app includes emergency buttons for triggering an alarm. The accused system includes smart signal feature that works such that when an alarm is triggered by pressing the emergency button, the alarm monitoring centers will be notified by the accused system. The alarm monitoring centers receives a notification when an emergency button is pressed by the user. |



## Simplify your routine

Securing your house for the night can be a pain. With Scenes, it's easy. Just tap your Alarm.com app once to arm your security system, lock your doors and adjust your lights.

SIMPLIFY IT WITH SCENES  →

https://alarm.com/home-security



https://alarm.com/home-security

As part of an effort to provide faster emergency response and also reduce false alarms, Alarm.com on Sunday unveiled Smart Signal, a new emergency signaling feature within the company's app that enables subscribers to communicate critical information directly to their monitoring station.

Using the Alarm.com app, property owners can now trigger a panic alert notifying their monitoring station that they need help at their home or business. They can also verify an alarm event to expedite emergency response, or cancel a false alarm from anywhere.

https://www.securityinfowatch.com/alarms-monitoring/alarm-systems-intrusion-detection/alarm-system-mobile-apps/news/21040000/alarmcom-debuts-smart-signal-emergency-signaling-feature

How are Alarm.com-powered systems monitored?

Alarm.com sends all the security system signals over a dedicated, secure cellular connection for fast and reliable communication. In an emergency, we instantly send a signal to a central monitoring station, managed by your service provider. There is professional monitoring personnel at the central station at any time of day or night to receive real-time alarm signals from Alarm.com systems and dispatch emergency response.

https://alarm.com/help#:~:text=If%20you%20are%20unsure%20who,be%20happy%20to%20help%20you

"Professional monitoring is fundamental to a security system," said Dan Kerzner, Alarm.com's Chief Product Officer. "Smart Signal is the latest way in which the Alarm.com platform extends that value so subscribers can quickly and easily activate assistance from their monitoring station during a wide range of life safety emergencies."

**Smart Signal Features: Verify, Cancel, and Panic**

Smart Signal enables subscribers to send critical emergency information to their monitoring station using their Alarm.com mobile app.

During an alarm event, the Alarm.com mobile app now displays two persistent buttons that enable property owners to either verify or cancel the alarm.

Holding the Alarm Verify button quickly confirms the emergency, enabling the monitoring station to expedite their response. Holding the Alarm Cancel button signals to the monitoring station that it's a false alarm. The buttons remain "pinned" to the top of the app as the subscriber scrolls downward, enabling them to review their video feeds or image sensor pictures before responding.

Smart Signal also includes In-App Panel Panic. By selecting and holding the Panel Panic button in the Alarm.com app, subscribers can send a panic signal to their monitoring station from the security panel, which ties the signal to their property location. A Silent Panic option is available for every security panel integrated into the Alarm.com platform. Audible Panic (which also triggers the panel's siren), as well as Fire, Police and Medical panic options are available depending on the security panel type.

https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx

Subscribers can signal their monitoring station directly from the Alarm.com mobile app to enable faster emergency response and reduce false alarms

TYSONS, Va. and LAS VEGAS, Jan. 06, 2019 (GLOBE NEWSWIRE) -- Alarm.com (Nasdaq: ALRM), the leading platform for the intelligently connected property has introduced Smart Signal, a mobile app emergency signaling feature that enables property owners to communicate critical information directly to their monitoring station. Using their Alarm.com mobile app, property owners can now trigger a panic alert notifying security professionals that they need help at their home or business. They can also verify an alarm event to expedite emergency response, or cancel a false alarm from anywhere. Monitoring stations are using this real-time information to dispatch police, fire or emergency medical services to properties faster, respond to a wider range of emergencies, and reduce false alarms.

https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx

A monitoring station, also known as an alarm monitoring center, central station, or central monitoring station, takes the signals forwarded from Alarm.com and dispatches those signals to the proper authorities. The monitoring station provides services to monitor burglar, fire, and residential alarm systems.

https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/Manage_central_station_monitoring_settings

| | |
|---|---|
| automatically establishing communication with one of the contacts through one of the contact methods according to the priority order upon receipt of the alert to notify at least one of the contacts of the emergency through the monitoring database (**34**) using one of internet protocols and public-switched telephone networks; | The accused system discloses automatically establishing communication (e.g., automatically call) with one of the contacts (e.g., first emergency contact i.e., location phone number) through one of the contact methods (e.g., contact method such as calling) according to the priority order (e.g., order in which contacts to be contacted listed by the user) upon receipt of the alert (e.g., alert related to an alarm event) to notify at least one of the contacts (e.g., first emergency contact i.e., location phone number) of the emergency through the monitoring database (e.g., Alarm monitoring server) using one of internet protocols and public-switched telephone networks (e.g., landline or cellular network). <br><br> As shown, the accused system is connected to an alarm.com app for controlling and monitoring of the smart home devices. The alarm.com app includes an emergency button for triggering an alarm. The accused system includes smart signal feature that works such that when an alarm is triggered by pressing the emergency button, the alarm monitoring centers will be notified by the accused system. Upon receiving an alarm notification, the alarm monitoring station will first call the first emergency contact (location phone number) determined by the user in the emergency contact list. |



## Simplify your routine

Securing your house for the night can be a pain. With Scenes, it's easy. Just tap your Alarm.com app once to arm your security system, lock your doors and adjust your lights.

SIMPLIFY IT WITH SCENES    →

https://alarm.com/home-security



https://alarm.com/home-security

"Professional monitoring is fundamental to a security system," said Dan Kerzner, Alarm.com's Chief Product Officer. "Smart Signal is the latest way in which the Alarm.com platform extends that value so subscribers can quickly and easily activate assistance from their monitoring station during a wide range of life safety emergencies."

**Smart Signal Features: Verify, Cancel, and Panic**

Smart Signal enables subscribers to send critical emergency information to their monitoring station using their Alarm.com mobile app.

During an alarm event, the Alarm.com mobile app now displays two persistent buttons that enable property owners to either verify or cancel the alarm.

Holding the Alarm Verify button quickly confirms the emergency, enabling the monitoring station to expedite their response. Holding the Alarm Cancel button signals to the monitoring station that it's a false alarm. The buttons remain "pinned" to the top of the app as the subscriber scrolls downward, enabling them to review their video feeds or image sensor pictures before responding.

Smart Signal also includes In-App Panel Panic. By selecting and holding the Panel Panic button in the Alarm.com app, subscribers can send a panic signal to their monitoring station from the security panel, which ties the signal to their property location. A Silent Panic option is available for every security panel integrated into the Alarm.com platform. Audible Panic (which also triggers the panel's siren), as well as Fire, Police and Medical panic options are available depending on the security panel type.

https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx

As part of an effort to provide faster emergency response and also reduce false alarms, Alarm.com on Sunday unveiled Smart Signal, a new emergency signaling feature within the company's app that enables subscribers to communicate critical information directly to their monitoring station.

Using the Alarm.com app, property owners can now trigger a panic alert notifying their monitoring station that they need help at their home or business. They can also verify an alarm event to expedite emergency response, or cancel a false alarm from anywhere.

https://www.securityinfowatch.com/alarms-monitoring/alarm-systems-intrusion-detection/alarm-system-mobile-apps/news/21040000/alarmcom-debuts-smart-signal-emergency-signaling-feature

When your system reports an alarm, the following happens:

1. Your control panel transmits an alarm signal to Alarm.com.
2. Alarm.com immediately forwards the signal to the monitoring station.
3. The monitoring station then tries to verify the alarm and may notify fire, police, or emergency medical help. Because your system communicates wirelessly, alarms are forwarded to the monitoring station even if the phone line is cut or damaged.
4. If your system issues an alarm, the Operations Center will follow the Alarm Notification sequence defined for any Alarm Notifications (these updates are not synchronized with the monitoring station call list). At the same time, a live operator from your monitoring station will be trying to contact you to verify the alarm.

https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/What_happens_when_my_system_reports_an_alarm

A monitoring station, also known as an alarm monitoring center, central station, or central monitoring station, takes the signals forwarded from Alarm.com and dispatches those signals to the proper authorities. The monitoring station provides services to monitor burglar, fire, and residential alarm systems.

https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/Manage_central_station_monitoring_settings



https://www.youtube.com/watch?v=uVTHdeAwpCw

https://answers.alarm.com/Customer/Website_and_App/System_Management/
System_Usage/Change_the_monitoring_station_emergency_contact_information

<table>
<tr>
<td></td>
<td>



https://www.youtube.com/watch?v=uVTHdeAwpCw
</td>
</tr>
<tr>
<td>receiving one of an accepted and a not accepted and an unresponsive response electrically with the monitoring database (**34**) from the contact; and</td>
<td>

The accused system discloses receiving one of an accepted and a not accepted (e.g., no answer) and an unresponsive response electrically with the monitoring database (e.g., Alarm.com monitoring server) from the contact (e.g., first emergency contact i.e., location phone number).

As shown, the accused system is connected to an alarm.com app for controlling and monitoring of the smart home devices. The alarm.com app includes emergency buttons for triggering an alarm. The accused system includes smart signal feature that works such that when an alarm is triggered by pressing the emergency button, the alarm monitoring centers will be notified by the accused system. Upon receiving an alarm notification, the alarm monitoring centers will first call the first emergency contact (location phone number) determined by the user in the emergency contact list. If there is no answer from the first emergency contact (location phone number) or the first emergency contact is unavailable, alarm monitoring station will call the people in the emergency contact list in the order listed by the user.
</td>
</tr>
</table>



## Simplify your routine

Securing your house for the night can be a pain. With Scenes, it's easy. Just tap your Alarm.com app once to arm your security system, lock your doors and adjust your lights.

SIMPLIFY IT WITH SCENES  →

https://alarm.com/home-security



SMART SIGNAL · Get emergency help or cancel a false alarm instantly.

https://alarm.com/home-security

"Professional monitoring is fundamental to a security system," said Dan Kerzner, Alarm.com's Chief Product Officer. "Smart Signal is the latest way in which the Alarm.com platform extends that value so subscribers can quickly and easily activate assistance from their monitoring station during a wide range of life safety emergencies."

**Smart Signal Features: Verify, Cancel, and Panic**

Smart Signal enables subscribers to send critical emergency information to their monitoring station using their Alarm.com mobile app.

During an alarm event, the Alarm.com mobile app now displays two persistent buttons that enable property owners to either verify or cancel the alarm.

Holding the Alarm Verify button quickly confirms the emergency, enabling the monitoring station to expedite their response. Holding the Alarm Cancel button signals to the monitoring station that it's a false alarm. The buttons remain "pinned" to the top of the app as the subscriber scrolls downward, enabling them to review their video feeds or image sensor pictures before responding.

Smart Signal also includes In-App Panel Panic. By selecting and holding the Panel Panic button in the Alarm.com app, subscribers can send a panic signal to their monitoring station from the security panel, which ties the signal to their property location. A Silent Panic option is available for every security panel integrated into the Alarm.com platform. Audible Panic (which also triggers the panel's siren), as well as Fire, Police and Medical panic options are available depending on the security panel type.

https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx

As part of an effort to provide faster emergency response and also reduce false alarms, Alarm.com on Sunday unveiled Smart Signal, a new emergency signaling feature within the company's app that enables subscribers to communicate critical information directly to their monitoring station.

Using the Alarm.com app, property owners can now trigger a panic alert notifying their monitoring station that they need help at their home or business. They can also verify an alarm event to expedite emergency response, or cancel a false alarm from anywhere.

https://www.securityinfowatch.com/alarms-monitoring/alarm-systems-intrusion-detection/alarm-system-mobile-apps/news/21040000/alarmcom-debuts-smart-signal-emergency-signaling-feature

A monitoring station, also known as an alarm monitoring center, central station, or central monitoring station, takes the signals forwarded from Alarm.com and dispatches those signals to the proper authorities. The monitoring station provides services to monitor burglar, fire, and residential alarm systems.

https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/Manage_central_station_monitoring_settings



https://www.youtube.com/watch?v=uVTHdeAwpCw



https://answers.alarm.com/Customer/Website_and_App/System_Management/
System_Usage/Change_the_monitoring_station_emergency_contact_information

| | |
|---|---|
| automatically establishing communication with another contact according to the priority order with the monitoring database (**34**) until the monitoring database receives an accepted response. | The accused system discloses automatically establishing communication (e.g., automatically call) with another contact (e.g., second emergency contact) according to the priority order (e.g., order in which the contacts to be contacted listed by the user) with the monitoring database (e.g., Alarm.com monitoring server) until the monitoring database (e.g., Alarm.com monitoring server) receives an accepted response (e.g., until the call is answered).<br><br>As shown, the accused system is connected to an alarm.com app for controlling and monitoring of the smart home devices.  The alarm.com app includes emergency buttons for triggering an alarm. The accused system includes smart signal feature that works such that when an alarm is triggered by pressing the emergency button, the alarm monitoring centers will be notified by the accused system. Upon receiving an alarm notification, the alarm monitoring centers will first call the first emergency contact (location phone |

number) determined by the user in the emergency contact list. If there is no answer from the first emergency contact (location phone number) or the first emergency contact is unavailable, alarm monitoring station will call the second emergency contact. If there is no answer from the second emergency contact, alarm monitoring station will call the people in the emergency contact list in the order listed by the user until the call is answered.



## Simplify your routine

Securing your house for the night can be a pain. With Scenes, it's easy. Just tap your Alarm.com app once to arm your security system, lock your doors and adjust your lights.

SIMPLIFY IT WITH SCENES  →

https://alarm.com/home-security



https://alarm.com/home-security

"Professional monitoring is fundamental to a security system," said Dan Kerzner, Alarm.com's Chief Product Officer. "Smart Signal is the latest way in which the Alarm.com platform extends that value so subscribers can quickly and easily activate assistance from their monitoring station during a wide range of life safety emergencies."

**Smart Signal Features: Verify, Cancel, and Panic**

Smart Signal enables subscribers to send critical emergency information to their monitoring station using their Alarm.com mobile app.

During an alarm event, the Alarm.com mobile app now displays two persistent buttons that enable property owners to either verify or cancel the alarm.

Holding the Alarm Verify button quickly confirms the emergency, enabling the monitoring station to expedite their response. Holding the Alarm Cancel button signals to the monitoring station that it's a false alarm. The buttons remain "pinned" to the top of the app as the subscriber scrolls downward, enabling them to review their video feeds or image sensor pictures before responding.

Smart Signal also includes In-App Panel Panic. By selecting and holding the Panel Panic button in the Alarm.com app, subscribers can send a panic signal to their monitoring station from the security panel, which ties the signal to their property location. A Silent Panic option is available for every security panel integrated into the Alarm.com platform. Audible Panic (which also triggers the panel's siren), as well as Fire, Police and Medical panic options are available depending on the security panel type.

https://investors.alarm.com/news-releases/press-release-details/2019/Smart-Signal-From-Alarmcom-Brings-Enhanced-Security-and-Control-to-Smart-Home-and-Business-Owners/default.aspx

As part of an effort to provide faster emergency response and also reduce false alarms, Alarm.com on Sunday unveiled Smart Signal, a new emergency signaling feature within the company's app that enables subscribers to communicate critical information directly to their monitoring station.

Using the Alarm.com app, property owners can now trigger a panic alert notifying their monitoring station that they need help at their home or business. They can also verify an alarm event to expedite emergency response, or cancel a false alarm from anywhere.

https://www.securityinfowatch.com/alarms-monitoring/alarm-systems-intrusion-detection/alarm-system-mobile-apps/news/21040000/alarmcom-debuts-smart-signal-emergency-signaling-feature

A monitoring station, also known as an alarm monitoring center, central station, or central monitoring station, takes the signals forwarded from Alarm.com and dispatches those signals to the proper authorities. The monitoring station provides services to monitor burglar, fire, and residential alarm systems.

https://answers.alarm.com/Customer/Website_and_App/System_Management/System_Usage/Manage_central_station_monitoring_settings



https://www.youtube.com/watch?v=uVTHdeAwpCw



https://www.youtube.com/watch?v=uVTHdeAwpCw

https://answers.alarm.com/Customer/Website_and_App/System_Management/
System_Usage/Change_the_monitoring_station_emergency_contact_information