AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Lattice Technologies LLC ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 2:25-cv-00033 |
| ALARM.COM INCORPORATED ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lattice Technologies LLC .

Date:   01/15/2025

/s/ Isaac Rabicoff
*Attorney's signature*

Isaac Rabicoff
*Printed name and bar number*

Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315, Chicago, IL 6061
7736694590
*Address*

isaac@rabilaw.com
*E-mail address*

(773) 669-4590
*Telephone number*

*FAX number*