IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

LATTICE TECHNOLOGIES LLC,
    Plaintiff,

    v.                                  Civil No. 3:25cv51 (DJN)

ALARM.COM INC.,
    Defendant.

## ORDER
### (Acknowledging Stipulation of Dismissal with Prejudice)

This matter comes before the Court on Plaintiff Lattice Technologies LLC's ("Plaintiff")

Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1]

(ECF No. 7.) The Court hereby ACKNOWLEDGES this voluntary dismissal with prejudice,

with each party to pay its own costs, expenses and attorneys' fees.

The Court DIRECTS the Clerk's Office to close this case.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: March 12, 2025

---

[1]    Rule 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, neither an answer nor summary judgment motion were filed.